CARYN S. TIJSSELING
Nevada Bar No. 6521
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
775-786-6868
775-786-9716
Email: cst@lge.net
*Attorneys for Defendant*

## IN AND FOR THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRITTANY HARRELL,

    Plaintiff,

vs.                          Case No. 3:11-cv-00905-RCJ-WGC

MADOUGHCO, LLC, dba
ROUND TABLE PIZZA,

    Defendants.
_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, between Defendants, Madoughco, LLC dba Round Table Pizza and Plaintiff Brittany Harrell, acting through counsel, that all claims against Defendant be dismissed with prejudice. Each party to bear their own fees and costs.

Dated this 19th day of August, 2014.

By: _____
CARYN S. TIJSSELING
Nevada Bar No. 6521
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
775-786-6868
775-786-9716
Email: cst@lge.net

*Attorneys for Defendant*

LEMONS, GRUNDY
& EISENBERG
6005 PLUMAS ST.
THIRD FLOOR
RENO, NV 89519
(775) 786-6868

Dated this 19th day of August, 2014.

                                  By:  /s/ Mark Mausert
                                        Nevada Bar No. 2398
                                        930 Evans Avenue
                                        Reno, Nevada 89512
                                        mark@markmausertlaw.com

                                        *Attorney for Plaintiff*

IT IS SO ORDERED this 28th day of August, 2014.

_____
ROBERT C. JONES

LEMONS, GRUNDY &
EISENBERG
6005 PLUMAS ST.
THIRD FLOOR
RENO, NV 89519
(775) 786-6868

- 2 -